UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTI LYNNE REA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:24-cv-00584-KES-CDB (SS)<br><br>ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is Plaintiff's stipulation to extend her deadline to file a motion for summary judgment from August 14, 2024, to August 16, 2024. (Doc. 11). In light of counsel for Plaintiff's representations, and good cause appearing, it is HEREBY ORDERED,

Plaintiff shall file her motion for summary judgment by no later than **August 16, 2024**. Defendant shall file its opposition/cross-motion for summary judgment by no later than **September 16, 2024**. Plaintiff may file any optional reply within 14 days following Defendant's filing.

IT IS SO ORDERED.

Dated:   **August 12, 2024**

UNITED STATES MAGISTRATE JUDGE