UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTI LYNNE REA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:24-cv-00584-KES-CDB<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 19) |

On October 10, 2024, the parties filed a stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 19. Based upon the terms of the stipulation, the Court ORDERS:

1. The matter is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

2. Plaintiff's motion for summary judgment (Doc. 13) is terminated as moot; and

3. The Clerk of Court is directed to enter judgment in favor of plaintiff Christi Lynne Rea and against defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

　　Dated:　  October 11, 2024　

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1